UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-62176
(DIMITROULEAS/HUNT)

NorthStar Moving Holding Company, Inc.,
d.b.a. NorthStar Moving and
NorthStar Movers,

    Plaintiff,

vs.

King David Van Lines, Ohad Guzi,
and Itzhak Bokobza,

    Defendants.
_____/

## PLAINTIFF'S MOTION TO COMPEL GUZI TO RESPOND TO DISCOVERY IN AID OF EXECUTION SERVED ON MAY 13, 2022

COMES NOW, Plaintiff, NorthStar Moving Holding Company, Inc. d.b.a. NorthStar Moving and NorthStar Movers ("NorthStar" or "Plaintiff"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 34(b)(2)(A) and S.D. Fla. L. R. 7.1, files this Motion to Compel Guzi to Respond to Discovery in Aid of Execution Served on May 13, 2022, and states as follows:

1. On December 22, 2021, this Court entered a final judgment against Defendant Guzi. [DE 275].

2. On May 13, 2022, Plaintiff served on Guzi its First Request for Production in aid of execution. **A copy of the Request and proof of service is attached hereto as Exhibit A**.

3. Although Guzi was served with Plaintiff's First Request for Production on May 13, 2022, he has completely failed to respond as required by Fed. R. Civ. P. 34(b)(2)(A).

4. The undersigned contacted Guzi to request a response to the discovery, but Guzi did not respond.

5. Notwithstanding the fact that Guzi has appealed the order requiring him to provide a fact information sheet, Plaintiff is entitled to take all steps to execute on the judgment, including engaging in discovery in aid of execution. *See National Service Industries, Inc. v. Vafla Corp.*, 694 F. 2d 246, 250 (11th Cir. 1982) ("If a judgment may be executed upon after an appeal has been filed, certainly discovery in aid of its execution is not precluded by the filing of an appeal."). *See also United States v. Varnado*, No. 07–61257–CIV, 2011 WL 2600699, *2 (S.D. Fla. June 29, 2011) (holding that Government was entitled to execute the judgment and pursue discovery in aid of execution, where judgment debtor has not filed supersedeas bond and was not entitled to a stay) (*quoting National Service Industries, Inc. v. Vafla Corp.*, 694 F. 2d at 250).

6. Guzi should be compelled to respond to the First Request for Production served on May 13, 2022, forthwith, and his objections should be deemed waived.

7. I hereby certify that I contacted Mr. Guzi to request a response to the discovery, but Guzi did not respond.

WHEREFORE, Plaintiff, NorthStar Moving Holding Company, Inc. d.b.a. NorthStar Moving and NorthStar Movers, respectfully requests that the Court enter an order compelling Guzi to respond to the First Request for Production Served on May 13, 2022, forthwith, and finding that any objections to the discovery have been waived, and for all other relief deemed just and proper.

> Respectfully Submitted,
> /s/Scott Konopka
> Scott Konopka, Esq.
> Fla. Bar No. 080489
> Mrachek, Fitzgerald, Rose, Konopka,
> Thomas & Weiss, P.A.
> 1000 SE Monterey Commons Blvd., Suite 306
> Stuart, Florida  34996
> Tel. (772) 221-7757/Fax (772) 781-6886
> *Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 23, 2022, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

        By:   /s/Scott Konopka_____
                SCOTT KONOPKA
                Fla. Bar No. 080489
                Email: skonopka@mrachek-law.com
                DONNA L. ENG
                Fla. Bar No. 0115673
                Email: deng@mrachek-law.com
                Sec. Email: Eservice-Stuart@mrachek-law.com
                *Co-Counsel for Plaintiff*

### *SERVICE LIST*

| | |
|---|---|
| DEBORAH A. GUBERNICK, Esq.<br>Admitted *pro hac vice*<br>California Bar No. 242483<br>Email: dgubernick@swlaw.com<br>CHRISTOPHER D. BRIGHT, Esq.<br>Admitted *pro hac vice*<br>California Bar No. 206273<br>Email: cbright@swlaw.com<br>SNELL & WILMER L.L.P.<br>600 Anton Blvd, Suite 1400<br>Costa Mesa, California 92626<br>Telephone: (714) 427-7000<br>Facsimile: (714) 427-7799<br>*Counsel for Plaintiff* | JOSEPH W. BAIN, Esq.<br>Florida Bar No. 860360<br>Email: jbain@shutts.com<br>JODI-ANN TILLMAN, Esq.<br>Florida Bar No. 1022214<br>Email: jtillman@shutts.com<br>SHUTTS & BOWEN LLP<br>1100 CityPlace Tower<br>525 Okeechobee Boulevard<br>West Palm Beach, Florida 33401<br>Telephone: (561) 835-8500<br>Facsimile: (561) 650-8530<br>*Counsel for Plaintiff* |
| Ohad Guzi, Pro Se<br>3740 N. 54th Avenue<br>Hollywood, FL. 33021<br>Giovani-guzi@yahoo.co.uk | Vincent E. Damian, Jr., Esq.<br>VDamian@skdrlaw.com<br>KTaninaka@skdrlaw.com<br>RSaetae@skdrlaw.com<br>Saloman, Kanner, Damian & Rodriguez, P.A.<br>80 SW 8th Street |

|  | Suite 2550, Miami FL, 33130<br>Telephone: (305) 379-1681<br>*Counsel for Kind David Van Lines and Itzhak Bokobza* |
|---|---|

4878-1358-3373.1