UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-62176-DIMITROULEAS/SNOW

NorthStar Moving Holding Company, Inc.,
d.b.a. NorthStar Moving and NorthStar
Movers,

    Plaintiff,

v.

King David Van Lines, Ohad Guzi, and
Itzhak Bokobza,

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintiff NorthStar Moving Holding Company, Inc. d.b.a. NorthStar Moving and NorthStar Movers ("NorthStar" or "Plaintiff")'s Verified Motion for the Court's Determination of the Amount of Attorneys' Fees Per Local Rule 7.3(b) [DE 288], Plaintiff's Verified Motion for the Court's Determination of the Amount of Attorneys' Fees Per Local Rule 7.3(b) Awarded Against Defendant King David Van Lines [DE 289] and Magistrate Judge Hunt's August 26, 2022 Report and Recommendation (the "Report") [DE 344]. The Court notes that no objections to the Report [DE 344] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 344] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the

Report [DE 344] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 344] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Verified Motion for the Court's Determination of the Amount of Attorneys' Fees Per Local Rule 7.3(b) [DE 288] and Plaintiff's Verified Motion for the Court's Determination of the Amount of Attorneys' Fees Per Local Rule 7.3(b) Awarded Against Defendant King David Van Lines [DE 289] are **GRANTED;**

3. Plaintiff is hereby awarded attorneys' fees in the amount of $742,928.05.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of September, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Judge Hunt

Counsel of Record