UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-62176-DIMITROULEAS/SNOW

NorthStar Moving Holding Company, Inc.,
d.b.a. NorthStar Moving and NorthStar
Movers,

    Plaintiff,

v.

King David Van Lines, Ohad Guzi, and
Itzhak Bokobza,

    Defendants.
_____/

## ORDER APPROVING REPORT OF MAGISTRATE JUDGE; HOLDING DEFENDANT OHAD GUZI IN CIVIL CONTEMPT

THIS CAUSE is before the Court on Plaintiff NorthStar Moving Holding Company, Inc. d.b.a. NorthStar Moving and NorthStar Movers ("NorthStar" or "Plaintiff")'s Motion for Order to Show Cause why Defendant Ohad Guzi Should Not be Held in Contempt for Failing to Comply with Paperless Court Order Dated July 21, 2022 [DE 337], and the Report and Recommendation of United States Magistrate Judge Patrick M. Hunt (the "Report") [DE 356], dated December 1, 2022. The Court has conducted a *de novo* review of the Report [DE 356], Defendant Ohad Guzi's Objections to the Magistrate Judge's Report and Recommendation [DE's 359, 360], and the record herein. The Court is otherwise fully advised in the premises.

A party seeking to challenge the findings in a report and recommendation of a United States Magistrate Judge must file "written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (quoting *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989)). "It is critical that the objection be

sufficiently specific and not a general objection to the report." *Macort*, 208 F. App'x at 784 (citing *Goney v. Clark*, 749 F.2d 5, 7 (3d Cir. 1984)). If a party makes a timely and specific objection to a finding in the report and recommendation, the district court must conduct a *de novo* review of the portions of the report to which objection is made. *Macort*, 208 F. App'x at 783-84; see also 28 U.S.C. § 636(b)(1). The district court may accept, reject, or modify in whole or in part, the findings or recommendations made by the Magistrate Judge. *Macort*, 208 F. App'x at 784; 28 U.S.C. § 636(b)(1). Accordingly, the Court has undertaken a *de novo* review of the record and the Objections.

In the Report, the Magistrate Judge recommends that this Court (i) enter an Order holding Defendant Ohad Guzi in civil contempt for failure to obey the Court's Order dated July 21, 2022 [DE 336] ("Defendant Ohad Guzi shall respond to the First Request for Production Served on May 13, 2022, on or before July 27, 2022. Any objections to the discovery are deemed waived."); (ii) enter an Order ruling that Defendant Ohad Guzi should incur a $100 fine per each day he remains in non-compliance with the Court's Order [DE 336]; and (iii) enter an order ruling that Plaintiff is entitled to attorney's fees and costs associated with its contempt motion [DE 337]. The Court, having conducted a *de novo* review of the entire file and record herein, agrees with the reasoning and conclusion of the Magistrate Judge. Further, Defendant Ohad Guzi's Objections to the Magistrate Judge's Report and Recommendation [DE's 359, 360] are without merit and shall be overruled.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 356] is hereby **APPROVED**;
2. Defendant Ohad Guzi's Objections to the Magistrate Judge's Report and Recommendation [DE's 359, 360] are **OVERRULED**;

3. Plaintiff's Motion for Contempt [DE 337] is hereby **GRANTED** as follows:

   a. The Court finds that Defendant Ohad Guzi is in **CIVIL CONTEMPT** of the Paperless Court Order Dated July 21, 2022 [DE 336];

   b. Defendant Ohad Guzi shall incur a $100 fine per each day he remains in non-compliance with this Court's Order [DE 336];

   c. Plaintiff is entitled to attorney's fees and costs associated with its contempt motion. Plaintiff may file a motion for attorney's fees and costs, which shall be referred to the Magistrate Judge for determination of the amount to be awarded.

4. The Clerk is **DIRECTED** to mail a copy of this order to Defendant Ohad Guzi at the address below and to enter a NOTICE OF COMPLIANCE in the record indicating it has done so.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of December, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Judge Hunt

Counsel of Record

Ohad Guzi
3740 N. 54th Avenue
Hollywood, FL 33021