UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-62176
(DIMITROULEAS/HUNT)

NorthStar Moving Holding Company, Inc.,
d.b.a. Northstar Moving and NorthStar Movers,

        Plaintiff,

vs.

King David Van Lines, Ohad Guzi,
And Itzhak Bokobza,

        Defendants.
_____/

**GARNISHEE'S ANSWER TO WRIT OF GARNISHMENT TO FLORIDA MORTGAGE
SOLUTIONS GROUP, INC.**

      Florida Mortgage Solutions Group, Inc., Garnishee, by and through the undersigned counsel,  files this Answer to Writ of Garnishment to Florida Mortgage Solutions Group, Inc., and states as follows:

      1.      Garnishee is not indebted to the defendant, Ohad Guzi, at the time of this Answer.

      2.      Garnishee was not indebted to the defendant, Ohad Guzi, at the time of service of the writ, or at any time between the time of service and the time of this Answer.

      3.      Garnishee does not have any tangible or intangible personal property of Ohad Guzi in its possession or control, at the time of this Answer.

      4.      Garnishee did not have any tangible or intangible personal property of Ohad Guzi in its possession or control, at the time of service of the writ, or at any time between the time of service and the time of this Answer.

      5.      Garnishee does not know of any other person indebted to Ohad Guzi, or who may

be in possession or control of any of the property of Ohad Guzi.

## ATTORNEY'S FEES

Garnishee demands $100 from NorthStar Moving Holding Company, Inc., pursuant to section 77.28, Florida Statutes, for the part payment of Garnishee's attorney fee which the Garnishee has agreed to expend in obtaining representation in response to the writ.

**WHEREFORE**, Garnishee requests that the court determine the Garnishee's costs and expenses, including a reasonable attorney fee, tax those costs and expenses as costs, and enter judgment for the Garnishee against the party against whom the costs are taxed for any deficiency.

Respectfully submitted,

The Starr Law Firm

By:/s/ Gregory S. Starr
    Gregory S. Starr
    Florida Bar No. 67318
    101 NE Third Avenue
    Suite 1250
    Ft. Lauderdale, FL 33301
    Tel. (954) 779-7827
    Fax (954) 779-7598
    E-Mail: gstarr@tslf.legal
    Secondary E-Mail: kchedrany@tslf.legal
    Attorney for Garnishee